## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.,* ) <br> KRIS W. KOBACH, Attorney General, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MACQUARIE ENERGY LLC, ) <br> ) <br> Defendant. ) | Civil Action No. 5:23-cv-04116 |

### UNOPPOSED MOTION TO HOLD IN ABEYANCE THE DUE DATE FOR DEFENDANT'S RESPONSE TO THE COMPLAINT

Defendant Macquarie Energy LLC ("Macquarie") by and through its counsel, with the consent of the Attorney General by and through his counsel, moves Court for relief in accordance with the Court's December 21, 2023 Order. Doc. No. 7. That Order held in abeyance Macquarie's deadline to file any motion to dismiss, and directed that Macquarie may file a motion to extend its answer deadline to align that deadline with the motion-to-dismiss deadline. Based on the foregoing, Macquarie respectfully request the Court enter an Order as follows:

1. Macquarie's deadline to answer, move to dismiss, or otherwise respond to the Complaint shall be held in abeyance pending the Court's entry of a motion-to-dismiss briefing schedule.

2. Macquarie shall answer, move to dismiss, or otherwise respond to the Complaint on or before the motion-to-dismiss deadline to be set by the Court.

Dated:  February 13, 2024            Respectfully submitted,

                                            By:  */s/ William R. H. Merrill*
                                                William R. H. Merrill (*pro hac vice to be filed*)
                                                Beatrice C. Franklin (*pro hac vice to be filed*)
                                                Alexandra Foulkes Grafton (*pro hac vice to be filed*)
                                                **SUSMAN GODFREY LLP**
                                                1000 Louisiana Street, Suite 5100
                                                Houston, Texas 77002
                                                Phone:  (713) 615-9366
                                                Fax:  (713) 654-6666
                                                bmerrill@susmangodfrey.com
                                                bfranklin@susmangodfrey.com
                                                afoulkesgrafton@susmangodfrey.com

                                            By:  */s/ Stephen R. McAllister*
                                                Stephen R. McAllister KS # 15845
                                                Megan M. Carroll KS # 29084
                                                **DENTONS US LLP**
                                                4520 Main Street Suite 1100
                                                Kansas City, Missouri 64111-7700
                                                Phone:  816-460-2400
                                                Fax:  816-531-7545
                                                stephen.mcallister@dentons.com
                                                megan.carroll@dentons.com

                                                ***Attorneys for Defendant Macquarie Energy LLC***

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2024, I filed the foregoing with the clerk of the court by using the CM/ECF system and sent via electronic transmission to all parties of record.

By: */s/ Stephen R. McAllister*
Stephen R. McAllister