IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.*, KRIS W. KOBACH, Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>MACQUARIE ENERGY LLC,<br><br>Defendant. | Civil Action No.: 5:23-cv-4116 |

**UNOPPOSED MOTION FOR CLARIFICATION REGARDING DEADLINE FOR OPPOSITION TO MOTION TO COMPEL**

COMES NOW Plaintiff State of Kansas, *ex rel.* Kris W. Kobach, Attorney General (the State), by and through their undersigned counsel of record, and for the State's Motion for Clarification, states as follows:

1. On April 30, 2024, Magistrate Judge Angel Mitchell held a status conference regarding the above-identified case and several others. *See* ECF No. 23.

2. During that status conference, Magistrate Judge Mitchell set a deadline for Defendant Macquarie Energy LLC to file a motion to dismiss (May 31, 2024). The Court later embodied this ruling in a written order, ECF No. 24. Defendant filed its motion on May 31, 2024. *See* ECF No. 34.

3. Also during that status conference, the State believes Magistrate Judge Mitchell orally set a deadline for the State's response as one month after the filing of the motion to dismiss (*i.e.*, June 28, 2024). This ruling was not incorporated in the Court's written Order, ECF No. 24.

4.      To give full and fair treatment to the issues raised by Defendant Macquarie Energy LLC in its motion to dismiss, the State requests clarification on the Court's oral ruling, specifically to set the State's date to respond to Defendant's motion to dismiss as no later than June 28, 2024.

5.      Counsel for the State discussed this motion with counsel for Defendant. Defendant has no objection to this request.

For the foregoing reasons, the State of Kansas, ex rel. Kris W. Kobach, Attorney General, requests clarification on its oral ruling and asks that the Court set the State's date to respond to Defendant's motion to dismiss as no later than June 28, 2024.

                        Respectfully submitted,

Date: June 13, 2024

**KRIS W. KOBACH**
**KANSAS ATTORNEY GENERAL**

**Frances R. Oleen, KS #17433**
**Deputy Attorney General**

**Melanie Jack, KS #13213**
**First Assistant Attorney General**
Public Protection Division
120 S.W. 10th Avenue, Second Floor
Topeka, Kansas 66612-1597
Phone (785) 296-3751
Fax (785) 291-3699
fran.oleen@ag.ks.gov
melanie.jack@ag.ks.gov

and

By: /s/ *Jonathan Musch*
Jonathan Musch, D. Kan. No. 79075
              MO #55200
Special Assistant Attorney General
Hilgers Graben PLLC

6 Cardinal Way, Suite 900
St. Louis, MO 63102
Phone (314) 464-3391
Fax (402) 413-1880
jmusch@hilgersgraben.com

and

Alice S. LaCour, *pro hac vice*
Special Assistant Attorney General
 Hilgers Graben PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Phone (203) 807-4813
alacour@hilgersgraben.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was served by electronic notice via the Court's ECF system on all counsel of record on June 13, 2024.


/s/ *Jonathan Musch*
Jonathan Musch