# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STATE OF KANSAS,** *ex rel.*, **KRIS W. KOBACH, AG,** ) ) | |
| *Plaintiff*, ) ) | |
| ) | **CASE NO. 5:23-cv-04116** |
| **v.** ) ) | |
| **MACQUARIE ENERGY LLC,** ) ) | |
| *Defendant*. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41 (a)(1)(ii), Plaintiff State of Kansas and Defendant Macquarie Energy LLC hereby stipulate to a dismissal with prejudice of all claims asserted in the above-captioned action, each party to bear its own attorney fees and costs.

Dated: February 10, 2025                                                                       Respectfully Submitted,

**ATTORNEYS FOR PLAINTIFF**                          **ATTORNEYS FOR DEFENDANT**

*/s/ Melanie Sue Jack*                                                */s/ Stephen R. McAllister*
Melanie Sue Jack KS #13213                               Stephen R. McAllister KS # 15845
First Assistant Attorney General                         Megan M. Carroll KS # 29084
Office of Attorney General                                   **DENTONS US LLP**
120 SW 10th Avenue, 2nd Floor                       4520 Main Street Suite 1100
Topeka, KS 66612                                                  Kansas City, Missouri 64111-7700
785-368-8242                                                           Telephone: 816-460-2400
Fax: 785-291-3699                                                 Facsimile: 816-531-7545
Email: melanie.jack@ag.ks.gov                         stephen.mcallister@dentons.com
                                                                                       megan.carroll@dentons.com

*/s/Jonathan Musch*
Jonathan Musch MO #55200                            **SUSMAN GODFREY L.L.P.**
Hilgers Graben                                                       William R.H. Merrill (*pro hac vice*)
6 Cardinal Way, Suite 900                                   Alexandra Foulkes Grafton (*pro hac vice*)
St. Louis, MO 63102                                              Meg Griffith (*pro hac vice*)
Phone: (314) 464-3391                                          Susman Godfrey L.L.P.
jmusch@hilgersgraben.com                              1000 Louisiana, Suite 5100

Alice LaCour (*pro hac vice*)
Hilgers Graben
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Phone: (203) 807-4813
alacour@hilgersgraben.com

Thomas Q. Swanson (*pro hac vice*)
Hilgers Graben PLLC - NE
1320 Lincoln Mall, Suite 200
Lincoln, NE 68508
402-218-2106
Fax: 402-413-1880
Email: tswanson@hilgersgraben.com

Houston, Texas 77002
Telephone: (713) 653-7865
bmerrill@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com
mgriffith@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

**BAKER BOTTS LLP**
Michael Yuffee (*pro hac vice*)
700 K Street, NW
Washington, D.C. 20001
Telephone: (202) 639-1132
michael.yuffee@bakerbotts.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2025, a true and correct copy of the above and foregoing was e-filed with the Court's CM/ECF electronic filing system, which provided notice to all parties who have entered an appearance in this action.

/s/ *Jonathan Musch*